# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Brian S. | 2. Court or Organization<br><br>United States District Court Eastern District of Arkansas | 3. Date of Report<br><br>03/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>500 West Capitol Ave., Suite D258<br>Little Rock, AR 72201 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Southern Bancorp Community Partners |
| 2. | Director | Boys and Girls Club of Phillips County, Arkansas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Brian S. | 03/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▮▮▮▮▮▮ - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Brian S.** | 03/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Southern Bancorp | Mortgage on Real Property | J |
| 2. | Sallie Mae | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property-Helena, AR | | None | K | W | | | | | |
| 2. Kraft | A | Dividend | | | Sold | 03/15/13 | J | | |
| 3. Beckton-Dickenson | A | Dividend | J | T | | | | | |
| 4. AT&T | A | Dividend | | | Sold | 03/15/13 | J | | |
| 5. Berkshire Hathaway Class B Shares | | None | K | T | | | | | |
| 6. Schwab US Broadmarket ETF | A | Dividend | | | Sold | 09/23/13 | J | | |
| 7. Schwab Int. Eq. ETF | A | Dividend | | | Sold | 07/18/13 | J | | |
| 8. Facebook | | None | J | T | | | | | |
| 9. JCPenney | | None | | | Sold | 03/15/13 | J | | |
| 10. JCPenney | | None | | | Buy | 12/24/13 | J | | |
| 11. | | | | | | | | | |
| 12. Johnson and Johnson | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 13. RetailMeNot | | None | K | T | Buy | 10/01/13 | J | | |
| 14. Schwab Total Stock Market Index Fund | A | Int./Div. | J | T | | | | | |
| 15. Google | | None | J | T | Buy | 10/01/13 | J | | |
| 16. Apple | | None | J | T | Buy | 10/01/13 | J | | |
| 17. Financial Select Sector Spider | A | Int./Div. | K | T | Buy | 06/11/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Brian S. | 03/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian S. Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL AVENUE, SUITE D258
LITTLE ROCK, AR 72201

BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

OFFICE: (501) 604-5400
FAX: (501) 604-5407

October 10, 2014

Josephe H. McKinley, Jr.
Committee on Financial Disclosures

> Re:    Revisions to 2013 financial disclosures and response to letter of
>        March 26, 2014

Chairman McKinley and Committee:

Please forgive me for this late response to your letter of March 26, 2014, requesting revisions to my 2013 financial disclosures.

The Southern Bancorp mortgage listed in Part VI, line 1 is not on my personal residence but is on a home that I own with ████████████████████████ I derive no income from the home █████████████████████ ████████████████ I have always listed this debt simply to be safe.

The failure to provide the value and value method codes for the JCPenney stock listed in Part VII, page 4, line 10 was an oversight. Section C(1) should have been completed with "D" and C(2) should have been completed with "T."

Now, the Schwab Total Stock Market Index Fund listed in Part VII, page 4, line 14 presents another problem because it concerns my prior year (2012) disclosure. That index fund was purchased in my Roth IRA on August 15, 2012, and was valued between $5,001 to $15,000. I simply missed it when I prepared by 2012, disclosure.

Please have someone call me if I need to make additional filings.

Very truly yours,

Brian S. Miller